IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUMMUS TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LUMMUS CORPORATION, doing business as LUMMUS AG TECHNOLOGY,<br><br>    Defendant. | Civil Action No. 1:23-CV-00117-CFC |

[PROPOSED] ORDER OF DISMISSAL

This matter comes before the Court on the Parties' Joint Motion to Dismiss (the "Motion"). After due consideration of the Motion, the Court finds that it should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the Parties' claims and defenses thereto are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

The Court shall retain jurisdiction over this action including, without limitation, over implementation of or disputes arising out of this Joint Motion to Dismiss.

**IT IS SO ORDERED**, this ___14th___ day of ___February___, 2024.

_____
UNITED STATES DISTRICT JUDGE

3

718611017